**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DOUGLAS A. MORIN,
Inmate # 263727,**

        *Plaintiff,*

**v.**                              **Case No.: 4:26cv18-MW/MAF**

**STATE OF FLORIDA,**

        *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections, ECF No. 22. First, to the extent Plaintiff again objects to the Magistrate Judge's assignment in this case, this Court has already overruled Plaintiff's objection. *See* ECF No. 4.  As to the merits of Plaintiff's objections to the Magistrate Judge's recommendation that his state court prosecutions be remanded to state court, Plaintiff fails to demonstrate how removal in this action is proper under 28 U.S.C. § 1443. Even assuming *arguendo* that Plaintiff had demonstrated good cause to excuse the untimely removal, he has not shown that the removal of his state court prosecutions is properly before this Court under the federal removal statutes.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 18, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. This action is **REMANDED** to the Second Judicial Circuit Court in and for Leon County, Florida. Plaintiff's motion to appoint counsel, ECF No. 15, and emergency motion for temporary restraining order, ECF No. 8, are **DENIED as moot**. The Clerk shall take all steps necessary to remand this case and close the file.

**SO ORDERED on April 3, 2026.**

        **s/Mark E. Walker**
        **United States District Judge**